IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
NOV 21 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| ENRIQUETA DIAZ,<br>　　　　　Plaintiff,<br><br>v.<br><br>RAMSEY ENGLISH CANTU, in his official capacity as Maverick County Judge; ROXANNA RIOS, in her official capacity as Maverick County Commissioner; OLGA RAMOS, in her official capacity as Maverick County Commissioner; ROBERTO RUIZ, in his official capacity as Maverick County Commissioner,<br>　　　　　Defendants. | Civil Action No.<br>2:23-CV-0060-AM |

## PRELIMINARY INJUNCTION

On November 14 and 20, 2023, the Court heard testimony and received evidence regarding the Plaintiff's Motion for Preliminary Injunction. (ECF No. 1; ECF No. 20). However, before the conclusion of evidence, the parties reached an agreement which was memorialized on the record.

Accordingly, IT IS ORDERED that the Defendants are PRELIMINARILY ENJOINED from taking any further action to issue certificates of obligation, or any other municipal debt instrument, to finance water or sewer improvements in the Quemado/Normandy/Radar Base/Thompson Road area, otherwise known as Project G1001648. This injunction shall extend through any trial on the merits in this action.

IT IS FURTHER ORDERED that the Defendants shall dismiss their declaratory judgment action currently pending in the 293rd District Court of Maverick County, Texas.

IT IS FURTHER ORDERED that the Plaintiff shall amend her Complaint in accordance with the deadlines to be announced in the forthcoming scheduling order.

SIGNED and ENTERED on this 21st day of November 2023.

/s/ Alia Moses
ALIA MOSES
Chief United States District Judge