AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

FILED
NOV 20 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

ENRIQUETA DIAZ

V.

RAMSEY ENGLISH CANTU, ROXANNA RIOS
OLGA RAMOS, ROBERTO RUIZ

**EXHIBIT AND WITNESS LIST**

Case Number: DR-23-CV-60 AM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALIA MOSES | Matthew Steven Manning | Jack Stern |
| MOTION HRG DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| November 20, 2023 | Vickie Garza | Debbie Green/Jeanette Mendoza |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 11/20/23 |  | 11/20/23 | Carey Troell- Bond Counselor; Defendant's Witness |
|  | X | 11/20/23 | 4 | 11/20/23 | Proposed Declaratory of Emergency; Defendant's Exhibit |
|  | X | 11/20/23 | 4a | 11/20/23 | Proposed Declaratory of Emergency; Defendant's Exhibit |
|  | X | 11/20/23 |  | 11/20/23 | Olga Ramos- Maverick Co. Commissioner Precinct 3; Defendant's Witness |
|  | X | 11/20/23 | 5 | 11/20/23 | Letter from State to the Texas Water Developmental; Defendant's Exhibit |
|  | X | 11/20/23 | 7 | 11/20/23 | Three photographs of resident from Quemado; Defendant's Exhibit |
|  | X | 11/20/23 | 8 | 11/20/23 | Water Boil Notice and Notice of rescinded water boil; Defendant's Exhibit |
|  | X | 11/20/23 | 9 | 11/20/23 | Maverick County Budget; Defendant's Exhibit |

*Exhibit 3 was not offered or admitted *