APPENDIX A



# AGENDA

## MAVERICK COUNTY COMMISSIONERS COURT
## SPECIAL MEETING
MONDAY, OCTOBER 30, 2023, AT 3:30 P.M. CST
COMMISSIONER'S COURT, MAVERICK COUNTY COURTHOUSE
500 QUARRY ST. EAGLE PASS, MAVERICK COUNTY, TEXAS

**ESTABLISHMENT OF QUORUM**

**CITIZENS COMMUNICATIONS AND RECOGNITIONS**

**CONSENT ITEMS**

1. Discussion and Appropriate Action to approve and ratify Ruby Day the use of Maverick County Lake for a Fall Bake Sale on Saturday, October 21, 2023, from 10:00 a.m. to 1:00 p.m. – County Judge

2. Discussion and Appropriate Action to allow 1era Iglesia Apostolica de la Fe en Cristo Jesus to use of the Maverick County Veterans Memorial Amphitheater on November 19, 2023, for a church event free to the community. – County Judge

3. Discussion and Appropriate Action to extend vacation time for Maria Garza under Nutrition Center due to workload. – County Judge

4. Discussion and Appropriate Action to allow Templo Palabra de Vida to use Maverick County Lake from December 11, 2023, through December 22, 2023, from 6:00 p.m. to 10:00 p.m. everyday to represent stories of Jerusalem free to the community. – County Judge

5. Discussion and Appropriate Action to allow The Law firm of Oscar A. Garza the use of Maverick County Lake on November 20, 2023, starting at 11:00 a.m. to distribute turkeys to the community. – County Judge

6. Discussion and Appropriate Action to install three (3) stop signs at the intersection of Fire Fly Lane, Saint Annie Rd., and Monarch Path. – Commissioner Ramos

7. Discussion and Appropriate Action to allow Clinic Villa Nueva Family Practice and Promise Family Service to do several mini health clinics at the Seco Mines Community Center. – Commissioner Ramos

8. Discussion and Appropriate Action to provide barricades for a neighborhood Halloween Costume Party at 337 Alazan Dr. on October 13, 2023.- Commissioner Ramos

9. Discussion and Appropriate Action to install a streetlight at 558 FM 1907. – Commissioner Ramos

10. Discussion and Appropriate Action to install two (2) streetlights at Commissary Ave. – Commissioner Ramos

11. Discussion and Appropriate Action to install three (3) streetlights. – Commissioner Ramos

12. Discussion and Appropriate Action to install three (3) streetlights in Garcia St. – Commissioner Ramos

13. Discussion and Appropriate Action to install two (2) streetlights in Cenizo Dr. – Commissioner Ramos

14. Discussion and Appropriate Action to install two (2) streetlights in Sanchez Ave. – Commissioner Ramos

15. Discussion and Appropriate Action to approve a Community Safety Awareness Event to be held at the Seco Mines Community Center Pavilion on Wednesday, October 25, 2023, from 6:00-9:00 p.m.- Commissioner Ramos

16. Discussion and Appropriate Action to allow the Quemado Advisory Board to host a Veterans Day Event after the parade at the Quemado Park on Saturday, November 11, 2023. – Commissioner Ramos

17. Discussion and Appropriate Action to approve Precinct 3 Tire Pick-up Campaign. – Commissioner Ramos

18. Discussion and Appropriate Action to install 2 streetlights on O'Connell Road. – Commissioner Ramos

19. Discussion and Appropriate Action to install a streetlight at 548 Third Street Quemado, Texas. – Commissioner Ramos

20. Discussion and Appropriate Action to install an area light at 549 Third Street Quemado, Texas. – Commissioner Ramos

21. Discussion and Appropriate Action to install a streetlight at 519 W. Quemado Avenue Quemado, Texas. – Commissioner Ramos

22. Discussion and Appropriate Action to appoint one (1) non-paid deputy constable in Precinct 2 Jose Julian Tello has met all the prerequisites of law to become licensed Texas peace Officer. – Commissioner Rios

23. Discussion and Appropriate Action to allow Zasha Sanchez to host a Trunk or Treat Event at El Indio Community Center for the community on October 27, 2023, from 6:00 p.m. to 9:00 p.m. – Commissioner Rios

24. Discussion and Appropriate Action to install one (1) speed hump at 178 Ranchitos Rd. – Commissioner Rios

25. Discussion and Appropriate Action to install one (1) LED light at 3206 Sauz St. – Commissioner Rios

26. Discussion and Appropriate Action to approve a celebration of 4th of July at Nick Carr Sports Complex event to be held July 3, 2024, at 8:00 p.m.- Commissioner Ruiz

27. Discussion and Appropriate Action to install a LED streetlight at 1820 Calle Oaxaca. – Commissioner Ruiz

28. Discussion and Appropriate Action to install a LED streetlight at 505 County Rd. – Commissioner Ruiz

29. Discussion and Appropriate Action to approve Henry B. Gonzalez Bobcats (flag Football/Baseball players) host a Halloween Party Event to the players at no cost at the Nick Carr Sports Complex (Loma Bonita) on October 30, 2023, from 5:00 p.m. to 10:00 p.m. – Commissioner Ruiz

**REGULAR ITEMS**

30. Discussion and Appropriate Action to receive a response from the Maverick County Elections Administrator on the submission of the Petition submitted to Maverick County regarding the Certificate of Obligation Series 2023, subject but not limited to ratification, denial and/or further action. – County Judge

31. Discussion and Appropriate Action to consider and adopt an order authorizing the issuance of Maverick County, Texas Combination Tax and Subordinate Lien Revenue Certificate of Obligation, Series 2023, in the principal amount of $7,200,000.00 and awarding the sale of such certificates to the Texas Water Development Board. – County Judge

32. Discussion and Appropriate Action to consider and adopt a Resolution authorizing and approving a grant agreement with the Texas Water Development Board in the amount of $16,800,000.00; and resolving other matters incident and relating thereto. – County Judge

33. Discussion and Appropriate Action to adopt an order of Maverick County, Texas Declaring projects of the Certificates of Obligations as necessary to preserve the public health of the residents of the Maverick County, Texas. – County Judge

34. Discussion and Appropriate Action to adopt an order authorizing Maverick County, Texas to proceed with filing a declaratory judgement related to Certificate of Obligation pursuant to Chapter 1205 of the Texas Government Code. – County Judge

35. Discussion and Appropriate Action to recognize revenue in the amount of $270.00- Annual Halloween Quemado Event. – County Judge

36. Discussion and Appropriate Action to accept the Maverick County Appraisal District 2024-2025 Official Ballot for the Nomination of Isidro De Los Santos, IV. – County Judge

37. Discussion and Appropriate Action to approve a resolution to cast Maverick County official ballot 2024-2025 in favor of Isidro De Los Santos, IV as member of Board of Directors for the Maverick County Appraisal District. – County Judge

38. Discussion and Appropriate Action to approve 2024 Maverick County Resolution for Indigent Defense Grant Program. – County Judge

39. Discussion and Appropriate Action to approve a resolution for the Texas Parks and Wildlife Department Grant. – County Judge

40. Discussion and Appropriate Action to approve a resolution for Southwest Area Regional Transit District (SWART). – County Judge

41. Discussion and Appropriate Action to approve a resolution supporting designation of the Eagle Pass Metropolitan Planning Organization. – County Judge

42. Discussion and Appropriate Action to approve Budget Amendments for FY 2023. – County Judge

43. Discussion and Appropriate Action to approve Budget Amendments for FY 2024. – County Judge

44. EXECUTIVE SESSION:

    CLOSED SESSION:

    1. Executive Session on matters pursuant to 551.071: Consultation with Attorney - Discussion and Appropriate Action to receive a response from the Maverick County Election Administrator on the submission of the petition submitted to Maverick County regarding the Certificate of Obligation Series 2023, subject but not limited to ratification, denial and/ or further action. – County Judge

45. Accounts Payable

46. Warrants Pending

47. Adjournment

Dated the 27th day of October 2023

_____
Ramsey English Cantu
County Judge

## CERTIFICATE

I, the undersigned, do hereby certify that the above NOTICE OF MEETING of the above named Commissioners' Court is a true and correct copy of notice and that a true and correct copy of said Notice is posted on the bulletin board outside the Courthouse of Maverick County, Texas at a place readily accessible to the general public at all times on the 27th day of October, 2023, and said notice remained so posted continuously for at least 72 hours proceeding the scheduled time of said meeting.

Posted: October 27th, 2023

3:30 A.M./P.M.

_____
Ramsey English Cantu
County Judge

"The Maverick County Court Commissioners reserves the right to adjourn into closed session at any time during the course of the meeting to discuss any matters listed above should such action be necessary as authorized by the Texas Open Meetings Act, Texas Government Code 551.071 (Consultation with Attorney), 551.072 (Deliberations about Real Property), 551.074 (Personnel Matters), 551.0725 (Deliberation Regarding Contract Being Negotiated) or 551.087 (Economic Development) and any other provision under Texas Law that permits this governmental body to discuss a matter in a closed session.  Action, if any, will be taken in open session."

## MAVERICK COUNTY COURTHOUSE ACCESSIBILITY STATEMENT

This meeting site is accessible to disabled persons.  There are two (2) disabled persons vehicle parking spaces reserved at the courthouse parking lot.  Entrance to the courthouse is accessible.

**XC: Via-Email**

**County Commissioners**
**293rd Judicial District Attorney**
**County Clerk**
**District Clerk**
**County Tax Assessor Collector**
**Department Heads**
**County Treasurer**
**News Media**
**County Attorney**
**County Sheriff**
**293rd Judicial District Judge**
**365th Judicial District Judge**

FILED
AT 3:30 O'CLOCK P. M

OCT 2 7 2023

SARA MONTEMAYOR
County Clerk, Maverick County, Texas
By _____ Deputy